1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL McCOY
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

**FILED**

OCT  9 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,            )  Case No.
                                         )
11          Plaintiff,                   )  2:13-cr-0341 JAM
                                         )
12     v.                                )  ORDER TO SEAL
                                         )
13  MARCOS SOTO GONZALEZ,                )  (UNDER SEAL)
    aka, Antonio Suazo Landa; and        )
14  ANTONIO PANIAGUA ROSALES,            )
                                         )
15          Defendant.                   )
    _____ )

16

17         The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Michael

18  McCoy to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the

19  arrest of the defendant or until further order of the Court.

20
    Dated:  8/9/10
21                                       _____
                                         ALLISON CLAIRE
22                                       United States Magistrate Judge

23

24

25

26

27

28

    Petition to Seal Indictment and          3
    [Proposed] Order