| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | BENJAMIN D. GALLOWAY, #214897<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 "I" Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| 5 | Attorney for Defendant<br>MARCOS SOTO GONZALEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 2:13-CR-00341 JAM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER<br>) TO CONTINUE STATUS CONFERENCE |
| v. | ) |
| MARCOS SOTO GONZALEZ | ) DATE: January 21, 2014<br>) TIME: 9:45 am |
| Defendants. | ) JUDGE: Hon. John A. Mendez |

IT IS HEREBY STIPULATED and agreed to between the United States of America through MICHAEL McCOY, Assistant U.S. Attorney; defendant MARCOS SOTO GONZALEZ by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for November 19, 2013 be continued to January 21, 2014 at 9:45 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, investigate the facts of the case, and to negotiate a resolution to this matter. The parties find that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including January 21, 2014 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

| | | |
|---|---|---|
| DATED: | November 14, 2013 | Respectfully submitted, |

HEATHER E. WILLIAMS
Federal Defender

*/s/ Benjamin Galloway*
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
MARCOS SOTO GONZALEZ

DATED:   November 14, 2013        BENJAMIN B. WAGNER
United States Attorney

*/s/ Michael McCoy*
MICHAEL McCOY
Assistant U.S. Attorney
Attorney for Plaintiff

# **O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the November 19, 2013, status conference hearing be continued to January 21, 2014, at 9:45 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the January 21, 2014 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

DATED: November 14, 2013

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge